GOFF M. BLACKDEN *vs.* ERNEST D. BLAISDELL.

Penobscot County. Decided March 22, 1915. An action on the case to recover damages for the alleged negligence of the defendant's chauffeur in operating defendant's automobile on a public highway in ·Newburg, in the county of Penobscot, by reason whereof the plaintiff's horse became frightened, unmanageable and ran away. Plea, general issue. The case was tried at the January term, 1914, in Penobscot County, and the verdict was for the plaintiff for $1170.07 The defendant filed a general motion for a new trial. Motion overruled. *F. W. Halliday,* for plaintiff. *Hudson & Hudson, and P. A. Hasty,* for defendant.

———

WILLIAM B. LITTLEFIELD *vs.* BOSTON & MAINE RAILROAD.

York County. Decided April 1, 1915. This is an action on the case to recover damages by fire to property caused by the defendant's locomotive engine July 27, 1913. Verdict for plaintiff for $762.50. Defendant filed motion for new trial. Motion overruled. *E. P. Spinney,* for plaintiff. *G. C. Yeaton, and Cleaves, Waterhouse & Emery,* for defendant.